UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TAMPA
FORT MEYERS DIVISION

MARY RHEA,

    Plaintiff,

-vs-                                          CASE NO.: 2:17-CV-448-FTM-38CM

CHECKSMART FINANCIAL, LLC; BUCKEYE
CHECK CASHING OF FLORIDA, LLC and
COMMUNITY CHOICE FINANCIAL, INC.

    Defendant.

_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS CHECKSMART FINANCIAL, LLC AND COMMUNITY CHOICE FINANCIAL, INC. ONLY**

      **COMES NOW** the Plaintiff, Mary Rhea, and the Defendants, Checksmart Financial, LLC and Community Choice Financial, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, Counts I and II asserted by Plaintiff against Defendant, Checksmart Financial, LLC and Counts V and VI asserted by Plaintiff against Defendant, Community Choice Financial, Inc. in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

      Respectfully submitted this 6th day of October, 2017.

*/s/Frank H. Kerney, III, Esquire*          */s/E. Tyler Samsing, Esquire*
Frank H. Kerney, III, Esquire              E. Tyler Samsing, Esquire
Florida Bar #: 88672                       Florida Bar #: 28380
Morgan & Morgan, Tampa, P.A.          Bradley Arant Boult Cummings LLP
One Tampa City Center                    100 North Tampa Street, Ste. 2200
201 North Franklin Street, 7th Floor        Tampa, FL 33602
Tampa, FL 33602                          Telephone: (813) 559-5500
Telephone: (813) 223-5505              Fax: (813) 229-5946
Facsimile: (813) 223-5402               tsamsing@bradley.com
fkerney@forthepeople.com               Counsel for Defendants
jkneeland@forthepeople.com
mbradford@forthepeople.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Timothy A. Andreu, Esquire and E. Tyler Samsing, Esquire, Bradley, 100 North Tampa Street, Ste. 2200, Tampa, FL   33602 (tandreu@bradley.com; tsamsing@bradley.com; and djones@bradley.com).

                                                                  */s/Frank H. Kerney, III, Esquire*
                                                                  Frank H. Kerney, III, Esquire
                                                                  Florida Bar #: 88672