UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARY RHEA,

    Plaintiff,

v.                                               Case No: 2:17-cv-448-FtM-38CM

BUCKEYE CHECK CASHING OF
FLORIDA, LLC,

    Defendant.
_____/

**OPINION AND ORDER**[1]

This matter comes before the Court *sua sponte* on October 13, 2017. On October 12, 2017, the court entered an Fair Labor Standards Act (FLSA) scheduling order which is entered when a case has been designated an FLSA civil matter. However, the instant case is not considered an FLSA case and the scheduling order was entered in error. Thus, the order will be vacated as outlined below.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The FLSA Scheduling Order (Doc. 20) is hereby **VACATED**.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of October, 2017.

Copies: All Parties of Record