UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TAMPA
FORT MYERS DIVISION

MARY RHEA,

    Plaintiff,

-vs-                                         CASE NO.: 2:17-CV-448-FTM-38CM

BUCKEYE CHECK CASHING
OF FLORIDA, LLC,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

    Plaintiff, Mary Rhea, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Timothy A. Andreu, Esquire and E. Tyler Samsing, Esquire, Bradley Arant Boult Cummings LLC, 100 North Tampa Street, Ste. 2200, Tampa, FL 33602 (tandreu@bradley.com; tsamsing@bradley.com; and djones@bradley.com).

                                                  */s/Frank H. Kerney, III, Esquire*
                                                  Frank H. Kerney, III, Esquire
                                                  Florida Bar #: 88672
                                                  Morgan & Morgan, Tampa, P.A.
                                                  One Tampa City Center
                                                  201 North Franklin Street, 7th Floor
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile: (813) 223-5402
                                                  fkerney@forthepeople.com
                                                  jkneeland@forthepeople.com
                                                  snazario@forthepeople.com
                                                  *Counsel for Plaintiff*